UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FRACTAL ANALYTICS INC., a New York corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>GREG GOMEZ, individually and in his marital community,<br><br>        Defendant. | No. 2:25-cv-00733-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO RESCHEDULE PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY |

      This matter came before this Court on the Parties' Stipulated Motion to Reschedule Motions for Preliminary Injunction and Expedited Discovery. Based upon the stipulation of the parties, the Court hereby Orders that good cause exists for Plaintiff's Motion for Preliminary Injunction (Dkt. No. 5) and Motion for Expedited Discovery (Dkt. No. 6) to each be re-noted on the motion calendar for May 30, 2025.

      The Court also grants relief from LCR 7(d)(4) and Orders that the deadline for Defendant to respond to the Motions is changed to May 23, 2025, and the deadline for Plaintiff to reply is changed to May 30, 2025.

The Clerk shall modify the noting dates accordingly.  The case schedule deadlines shall remain unchanged.

DATED this 12th day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE